UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLENE VASCONCELOS, an Individual,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>DOMINO'S PIZZA; a Michigan Corporation; DOMINO'S PIZZA FRANCHISE, LLC; and DOES 1 Through 100, inclusive,<br><br>　　　　　　　　Defendants. | CASE NO. CV-13-06061-SVW (JCG)<br><br>Judge Stephen V. Wilson<br>Courtroom 6<br><br>**ORDER RE: DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE**<br><br>JS-6 |

Pursuant to the parties' Stipulation re: Dismissal of Entire Action Without Prejudice, the above-entitled action is hereby ordered dismissed without prejudice in its entirety and as to all defendants, with the parties bearing their own attorneys' fees and costs.

　　　IT IS SO ORDERED.

Dated: September 4, 2013

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　Hon. Stephen V. Wilson
　　　　　　　　　　　　　　　　　　Judge, U.S. District Court
　　　　　　　　　　　　　　　　　　Central District of California